James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, California 92108-3426 |
Telephone: (619) 296-2018
Facsimile: (619) 296-2013
E-mail jschultz@sessions.legal

Shannon G. Splaine, Esq.
Nevada Bar No. 8241
Lincoln, Gustafson & Cercos LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

*Attorneys for Defendants,*
*Aargon Agency, Inc. (incorrectly named as Aargon Collection Agency)*
*Armand Fried*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARA CRAWLEY, | Case No: 2:16-cv-02626-JAD-CWH |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, | |
| Defendants. | |

COMES NOW, James K. Schultz of the law firm Sessions, Fishman, Nathan & Israel, LLC, counsel for Defendants, Aargon Agency, Inc. and Armand Fried

1

("Defendants"), and files this Motion to Withdraw as Counsel for Defendants pursuant to Local Rule IA 10-6. This Motion is made based on the following:

1) This matter has been submitted by Aargon Agency, Inc. to its insurance carrier, and the law firm of Carlson & Messer, LLP was retained by the insurance carrier to represent Defendants.

2) The law firm of Lincoln, Gustafson & Cercos LLP will stay on as local counsel in this case.

3) Defendants recently filed a Motion to Consolidate this lawsuit with ten other related lawsuits filed in this district. Carlson & Messer will file a *pro hac vice* motion into the first two filed cases of the eleven that are the subject of the Motion to Consolidate. Carlson & Messer will then substitute into those two cases for Sessions Fishman Nathan & Israel, LLC while the Motion to Consolidate is pending. Lincoln Gustafson & Cercos, LLP will remain as counsel in all 11 cases.

4) At this point, no specific delay in a deadline will result from the Withdrawal.

5) Good cause is present in this case to grant the withdrawal, due to the Defendants' insurance carrier retaining Carlson & Messer LLP to defend Defendants.

Respectfully submitted,

/s/ James K. Schultz
James K. Schultz

*Attorney for Defendants,*
*Aargon Agency, Inc. (incorrectly named as Aargon Collection Agency) and Armand Fried*

2

**MOTION TO WITHDRAW AS COUNSEL**

IT IS SO ORDERED.

DATED: February 16, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2017, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Vernon A. Nelson Jr., Esq.<br>
Law Office of Vernon Nelson<br>
9480 S. Eastern Ave., Ste. 244,<br>
Las Vegas, NV 89123

/s/ James K. Schultz
James K. Schultz

*Attorney for Defendants,*
*Aargon Agency, Inc. (incorrectly named as*
*Aargon Collection Agency) and Armand Fried*